IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HARDEN, ) | CASE NO. 8:13CV356 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| BRIAN GAGE, Warden, and ROBERT ) | |
| HOUSTON, Director of Department of ) | |
| Corrections, ) | |
| ) | |
| Respondents. ) | |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). Here, Petitioner has paid the $5.00 filing fee. Accordingly,

IT IS ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is denied as moot.

DATED this 5th day of December, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.