IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT HARDEN,**  <br>  Petitioner,  <br> v.  <br> **BRIAN GAGE, Warden, and ROBERT HOUSTON, Director of Department of Corrections,**  <br>  Respondents. | **CASE NO. 8:13CV356**  <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner's "Request for Bail Pending Habeas Corpus Judgement." (Filing No. 9.) Petitioner asks that this court release him on his own recognizance pending this court's consideration of his habeas corpus petition. Upon careful consideration,

IT IS ORDERED that: Petitioner's "Request for Bail Pending Habeas Corpus Judgement" (Filing No. 9) is denied.

DATED this 14th day of May, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

∗This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.