IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HARDEN, | 8:13CV356 |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER |
| BRIAN GAGE, Warden, and ROBERT HOUSTON, Director of Department of Corrections, | |
| Respondents. | |

This matter is before the court on Petitioner Robert Harden's Motion for Leave to Appeal in Forma Pauperis ("IFP") (Filing No. 36). Pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering Harden's financial status as shown in the records of this court, leave to proceed in forma pauperis on appeal will be granted and Harden is relieved from paying the appellate filing fee at this time. Accordingly,

IT IS ORDERED: Petitioner's Motion for Leave to Proceed IFP (Filing No. 36) is granted.

DATED this 22nd day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge