IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HARDEN, Petitioner, vs. BRIAN GAGE, Warden; and ROBERT HOUSTON, Director of Department of Corrections; Respondents. | 8:13CV356 **MEMORANDUM AND ORDER** |

This matter is before me on Petitioner's correspondence, which I construe as a motion for copies. (Filing 50.) Petitioner requests a copy of "the entire order of denial of my habeas corpus . . . specifically containing the Certificate of Appealability option." (*Id.*)

A copy of the Memorandum and Order (Filing 33) and Judgment (Filing 34) dismissing Petitioner's habeas petition with prejudice was sent to Petitioner on or about September 2, 2014. (*See* Docket Sheet.) It is safe to assume Petitioner received the documents as he prosecuted a timely appeal from the judgment of dismissal. (*See* Filing 35 (Notice of Appeal); Filing 42 (Eighth Circuit Court of Appeals' Judgment denying application for certificate of appealability and dismissing appeal).)

Petitioner is not entitled to a free copy of the Memorandum and Order dismissing his habeas petition. Petitioner did not proceed in forma pauperis in this matter, so he is not entitled to copies of records without cost under 28 U.S.C. § 2250. If Petitioner requires copies of court documents, he should contact this court's clerk's office to determine the proper method for requesting and paying for copies. *See* NEGenR 1.3(a)(1)(A)(iii) ("Paper and certified copies of electronically

filed documents may be purchased from the clerk for a fee collected under 28 U.S.C. § 1914.")

IT IS THEREFORE ORDERED that: Petitioner's correspondence, construed as a motion for copies (Filing 50), is denied.

Dated this 20th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge